**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| Marsha Byrd, | Case No. 2:22-cv-01997-JAD-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Robert Becket, | |
| Defendant. | |

Plaintiff initiated this case on November 30, 2022. ECF No. 1. Plaintiff's first filing did not include a filing fee or an application to proceed *in forma pauperis* (IFP). *Id.* Accordingly, the Court ordered Plaintiff to file an IFP application or pay the filing fee by December 29, 2022. ECF No. 3. Plaintiff subsequently filed an incomplete IFP application. ECF No. 4. The Court denied this IFP application, sent Plaintiff the application and instructions, and ordered Plaintiff to file a complete IFP application (or pay the filing fee) by February 10, 2023. ECF No. 5 at 2. The Court advised Plaintiff that a failure to comply with its order might result in a recommendation that this case be dismissed. *Id.* Since this last order, Plaintiff has not taken any action in this case. Accordingly, it appears Plaintiff abandoned her case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: February 21, 2023

_____
Brenda Weksler
United States Magistrate Judge