# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marsha Byrd, | Case No.: 2:22-cv-01997-JAD-BNW |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Robert Becket, | [ECF No. 6] |
| Defendant | |

When Plaintiff Marsha Byrd filed this case without paying the required filing fee or submitting an application to proceed *in forma pauperis* (IFP), the court gave her a second chance to do so.[1]  Byrd then filed an incomplete IFP application, which was denied, and Byrd was given until February 10, 2023, to try again.[2]  She was advised that her failure to comply with that order could result in a recommendation that this case be dismissed.[3]  Byrd has taken no action since that order, so the magistrate judge recommends that her case be dismissed.[4]  The deadline to object to that recommendation passed with no request to extend it.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 3.

[2] ECF No. 5.

[3] *Id.*

[4] ECF No. 6.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

Recommendation **[ECF No. 6] is ADOPTED** in its entirety.  This case is DISMISSED without

prejudice, and the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and

CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 9, 2023